UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
AT HARTFORD

| | | |
|---|---|---|
| In re | : | Chapter 7 |
| LOUIS P. MIRA and | : | CASE NO. 19-21130-JJT |
| ADELAIDE M. MIRA | : | |
| Debtor | : | July 22, 2019 |

CERTIFICATE OF SERVICE
STATEMENT OF INTENTION

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure, 2002 and 7004, the undersigned certifies that on July 22, 2019, by US Mail a copy of the Statement of Intention (Form 108) was mailed to Secured Creditors as follows:

Louis P. Mira
Adelaide M. Mira
20 Banbury Lane
West Hartford, CT 06107

Fifth Third Bank
Attn: President
5050 Kingsley Drive
Cincinnati, OH 45263

US Bank
Attn: President
P.O. Box 5227
Cincinnati, OH 45201

JPMCB Auto
Attn: President
P.O. Box 901003
FT Worth, TX 76101

Anthony S. Novak Trustee
AnthonySNovak@aol.com, ct07@ecfcbis.com;novaklawofficepc@gmail.com

U. S. Trustee
USTPRegion02.NH.ECF@USDOJ.GOV

                THE DEBTORS,

                By:     Joel M. Grafstein
                Joel M. Grafstein, Esq. (ct06191)
                Grafstein & Arcaro, LLC
                10 Melrose Drive
                Farmington, CT 06032
                      (860) 674-8003
                (860) 676-9168 Fax
                jgrafstein@grafsteinlaw.com